

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Andrew P. Marks
212.583.2661 direct
212.583.9600 main
646.219.5794 fax
amarks@littler.com

June 16, 2015

**VIA ECF**

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Tepi, et al. v. Nikodemo Operating Corp. (d/b/a Florida Diner)*
      **Case No. 15-cv-979-KAM-RLM**

Dear Judge Mann:

We represent Defendants in the above-referenced matter. We are pleased to advise that the parties have agreed upon a settlement amount to resolve their dispute and are currently working out the details of the formal agreement. To save time and expense for the Court and the parties, we respectfully request an adjournment of the initial conference re-scheduled for June 17 at 11:30 p.m.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Andrew P. Marks*
Andrew P. Marks

cc: Michael Faillace, Esq., counsel for Plaintiffs (via ECF)

littler.com